UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-23965-CIV-MARTINEZ-LOUIS

JOSÉ RAMÓN LÓPEZ REGUEIRO,

    Plaintiff,

v.

AMERICAN AIRLINES INC. and
LATAM AIRLINES GROUP, S.A.,

    Defendants.
_____/

## ORDER ON MOTION TO ENLARGE PRETRIAL DEADLINES

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Enlarge Pretrial Deadlines ("Motion"). (ECF No. 131). Plaintiff moves for a 6-month extension of pretrial deadlines and trial. Plaintiff argues that "unless an extension is granted, meeting the upcoming expert report deadline while the Motion to Dismiss is still pending will prevent plaintiff from obtaining relevant and essential discovery related to any affirmative defenses that defendant [American Airlines] might raise." (*Id.* at 2). Plaintiff also points to the pending Eleventh Circuit appeals that "may have a decisive effect on this case and raise the need for additional evidence." (*Id.* at 3). In essence, Plaintiff is asking for a 6-month stay of this case pending the Court's ruling on the motion to dismiss and issues raised in related appeals. Neither party, however, has moved for a stay based on these appeals or explained how those appeals will impact the claims asserted here. After careful consideration, it is **ORDERED AND ADJUDGED** that

    1.    Plaintiff's Motion for Extension, (ECF No. 131), is **GRANTED IN PART AND DENIED IN PART as stated herein**.

2. The Court will not provide the parties a half-year extension, effectively a stay of this case, based on the assertion without explanation that there are issues raised in those appeals that are relevant here. (*Id.* at 2–3). Nonetheless, either party, or both parties jointly, may move for a stay on or before **February 11, 2022**, explaining how those appeals directly affect the issues raised here. Given Judge Louis's upcoming hearing on Defendant American Airlines' Motion to Dismiss, (ECF No. 132), expedited briefing is required. Accordingly, if a motion to stay is filed and opposed, the opposing party shall respond on or before **February 16, 2022**.

3. In the meantime, the following pretrial deadlines are modified as follows:

- **3/14/22:** Parties shall exchange expert witness summaries and reports.
- **3/21/22:** Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify.
- **4/14/22:** Parties exchange rebuttal expert witness summaries and reports.

4. All other pretrial deadlines remain listed in the Court's prior Order, (ECF No. 117), remain in effect.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of February, 2022

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Louis
All counsel of record