UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-23965-CIV-MARTINEZ-LOUIS

JOSE RAMON LÓPEZ REGUEIRO,

    Plaintiff,

v.

AMERICAN AIRLINES, INC. and
LATAM AIRLINES GROUP, S.A.,

    Defendants.
_____/

**OMNIBUS ORDER**

    **THIS MATTER** is before the Court on the parties' Joint Motion for Leave to File Excess Pages, (ECF No. 172); Defendant's Expedited Motion for Extension of Time to File Motions for Summary Judgment, *Daubert* Motions, and Other Dispositive Motions, (ECF No. 169); Plaintiff's Motion to Permit the Depositions of Previously Undisclosed Witnesses Outside of the Discovery Deadline, (ECF No. 156); and Plaintiff's Motion to Enlarge Pre-Trial Deadlines, (ECF No. 152). After careful consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    Defendant's Expedited Motion for Extension of Time, (ECF No. 169) is **GRANTED as stated herein**, and Plaintiff's Motion to Enlarge Pre-trial Deadlines, (ECF No. 152), is **GRANTED IN PART as stated herein**. All *Daubert*, summary judgment, and other dispositive motions must be filed **on or before July 15, 2022**. All other pre-trial deadlines, including the discovery cutoff deadline, remain in effect.

    2.    Plaintiff's Motion to Permit the Depositions of Previously Undisclosed Witnesses Outside of the Discovery Deadline, (ECF No. 156), is **DENIED without prejudice** with leave to

renew after the Court rules on Judge Louis' Report and Recommendation, (ECF No. 174), if necessary.

    3.    The Joint Motion for Leave to File Excess Pages, (ECF No. 172), is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of May, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Louis
All Counsel of Record