**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:19-cv-23965-MARTINEZ/Louis

JOSE RAMON LÓPEZ REGUEIRO,

    Plaintiff,

v.

AMERICAN AIRLINES INC. and
LATAM AIRLINES GROUP, S.A.,

    Defendants.
_____/

**REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court on Defendant American Airlines, Inc.'s ("American Airlines") Motion and Memorandum of Law in Support of Its Verified Bill of Costs (ECF No. 185), pursuant to Local Rule 7.3(c), Federal Rule of Civil Procedure 54(d)(1), and 28 U.S.C. § 1920. Plaintiff Jose Ramon López Regueiro ("Plaintiff") filed a response that incorporated an unopposed motion to stay (ECF No. 190), wherein Plaintiff requested that the Court stay the instant Motion until the resolution of Plaintiff's pending appeal. The request to was denied. (ECF No. 191). Thereafter, American Airlines filed a reply. (ECF No. 192). The Motion was referred to the undersigned by the Honorable Jose E. Martinez, United States District Judge, pursuant to 28 U.S.C. § 636(b) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, to take all necessary and proper action as required by law with respect to the Motion. (ECF No. 189).

I convened a hearing on December 29, 2022, (ECF No. 200), to determine whether the Motion is timely filed under Local Rule 7.3(c) following the entry of the District Court's Final

1

Judgment (ECF No. 183) in favor of American Airlines, or whether, in the current posture, the Motion is premature in light of the Eleventh Circuit's Order (ECF No. 194) dismissing Plaintiff's appeal, *sua sponte*, for lack of jurisdiction.

At the hearing, American Airlines agreed that the Motion is premature in light of the Eleventh Circuit's finding that it lacked appellate jurisdiction and its holding that final judgment was improperly certified under Rule 54(b). *See* (ECF No. 194 at 4–6). The Parties also informed the Court that a motion for reconsideration of that Order is currently pending before the Eleventh Circuit, as Defendant Latam Airlines Group, S.A.'s bankruptcy proceedings in the Southern District of New York have concluded. Accordingly, both Plaintiff and American Airlines consented to the denial of the Motion (ECF No. 185), without prejudice to American Airlines renewing the Motion at a later date, because the Motion cannot be resolved in the present procedural posture.

Accordingly, the undersigned respectfully **RECOMMENDS** that Defendant American Airlines, Inc.'s Motion and Memorandum of Law in Support of Its Verified Bill of Costs (ECF No. 185) be **DENIED, without prejudice** to Defendant American Airlines, Inc. renewing its request to tax costs within thirty (30) days of the earlier of the following triggering events: (i) an order of the Eleventh Circuit granting the pending motion for reconsideration of its Order dismissing Plaintiff's appeal, *sua sponte*, for lack of jurisdiction; or (ii) the entry by the District Court of any amended, corrected, or superseding Final Judgment in this case. I further **RECOMMEND** that Plaintiff be provided an opportunity to file a response in opposition to any renewed request to tax costs filed by Defendant American Airlines, Inc.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Jose E. Martinez, United States District Judge for the Southern District of

Florida, within **ONE (1) DAY**[1] of being served with a copy of this Report and Recommendation. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this 29th day of December, 2022.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Jose E. Martinez
     Counsel of Record

---

[1] The objection period has been shortened upon the consent of Plaintiff and American Airlines at the December 29, 2022 hearing.