UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 19-23965-CIV-MARTINEZ-LOUIS**

JOSÉ RAMÓN LÓPEZ REGUEIRO,

    Plaintiff,

v.

AMERICAN AIRLINES INC. and
LATAM AIRLINES GROUP, S.A.,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Lauren Fleischer Louis, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant American Airlines, Inc.'s Motion and Memorandum of Law in Support of its Verified Bill of Costs (the "Motion"). (ECF No. 185). Judge Louis filed an R&R recommending that the Motion be denied without prejudice as premature. (ECF No. 201 at 2). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Louis' R&R, (ECF No. 201), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Defendant American Airlines' Motion, (ECF No. 185), is **DENIED WITHOUT PREJUDICE** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this 14 day of February, 2023.

                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Louis
All Counsel of Record