# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 08, 2023

Brandon Cruz
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Ana C. Malave
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134



Angelica Mecias
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Jorge Alejandro Mestre
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Andres Rivero
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Carlos Antonio Rodriguez II
Carlos A. Rodriguez Law, PLLC
9271 SW 52ND TERR
MIAMI, FL 33165

Alan H. Rolnick
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Sylmarie Trujillo

Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Manuel Vazquez
Manuel Vazquez, PA
2332 GALIANO ST FL 2
CORAL GABLES, FL 33134

Appeal Number:  23-12568-F
Case Style:  Jose Lopez Regueiro v. American Airlines, Inc.
District Court Docket No:  1:19-cv-23965-JEM

# CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in this Court **AND** in the district court a Transcript Order Form **OR** file a certificate in this Court stating no transcripts will be ordered. See FRAP 10(b)(1), 11th Cir. R. 10-1. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after **08/04/2023**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers
General Information:    404-335-6100     Attorney Admissions:         404-335-6122
Case Administration:    404-335-6135     Capital Cases:               404-335-6200
CM/ECF Help Desk:       404-335-6125     Cases Set for Oral Argument: 404-335-6141

CIVIL - Notice of Docketing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-23965-JEM

JOSÉ RAMÓN LÓPEZ REGUEIRO,

    plaintiff,

v.

AMERICAN AIRLINES, INC.,

    defendant.

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff José Ramón López Regueiro provides notice of his appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's Order on Judge Louis' Report and Recommendation [D.E. 182] which granted American Airlines' Motion to Dismiss, and the Final Judgment in favor of American Airlines Inc. [D.E. 211], entered on August 2, 2023.

Dated: August 4, 2023

Respectfully submitted,

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd., Suite 1000
Coral Gables, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: arivero@riveromestre.com
E-mail: arolnick@riveromestre.com
E-mail: amalave@riveromestre.com
E-mail: strujillo@riveromestre.com
E-mail: bcruz@riveromestre.com

By: /s/ *Andrés Rivero*
    ANDRÉS RIVERO
    Florida Bar No. 613819
    ALAN H. ROLNICK
    Florida Bar No. 715085
    ANA C. MALAVE