UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-23965-CIV-MARTINEZ

JOSE RAMON LÓPEZ REGUEIRO,

    Plaintiff,

vs.

AMERICAN AIRLINES INC. and
LATAM AIRLINES GROUP, S.A.,

    Defendants.
_____/

## ORDER ON REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Lauren Fleischer Louis, United States Magistrate Judge, for a Report and Recommendation on Defendant American Airlines, Inc.'s Renewed Motion and Memorandum of Law in Support of its Verified Bill of Costs ("Renewed Motion"), (ECF No. 217). Judge Louis filed a Report and Recommendation ("R&R"), recommending that the Renewed Motion be granted in part. (ECF No. 222). Plaintiff filed objections to the R&R, (ECF No. 223), to which Defendant American Airlines, Inc. responded, (ECF No. 224). The Court, having conducted a *de novo* review of the record and the issues presented in Plaintiff's Objections, agrees with Magistrate Judge Louis that the Renewed Motion should be granted in part. The Court overrules Plaintiff's Objections, (ECF No. 223).

    Accordingly, after careful consideration, it is hereby **ADJUDGED** that:

    1.    United States Magistrate Judge Louis' Report and Recommendation, (ECF No. 222), is **AFFIRMED AND ADOPTED**.

2.      Defendant American Airlines, Inc.'s Renewed Motion, (ECF No. 217), is **GRANTED in part**. Defendant American Airlines, Inc. shall be awarded **$19,874.50** in taxable costs, to accrue post-judgment interest at the statutory rate from the date any award of costs is entered, pursuant to 28 U.S.C. § 1961.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of March, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to: Magistrate Judge Louis & All Counsel of Record